JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY L. PEREZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:12-cv-08249-SP<br><br>**JUDGMENT OF REMAND** |

The Court having granted Defendant's Motion For Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment lodged concurrently with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order of Remand.

DATE: May 31, 2013

_____/s/_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

-1-